**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 13-7343**

---

THERIN TRACELL MINCY,

               Plaintiff - Appellant,

     v.

RICHLAND COUNTY DETENTION CENTER; DIRECTOR RENALDO MYERS;
LT. M. FREELY; OFFICER LOTT,

               Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Mary G. Lewis, District Judge.
(4:12-cv-00741-MGL)

---

Submitted:  November 21, 2013      Decided:  November 26, 2013

---

Before KING, DUNCAN, and DIAZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Therin Tracell Mincy, Appellant Pro Se.   Justin Tyler Bagwell,
William  Henry  Davidson,  II,  Joel  Steve  Hughes,  DAVIDSON  &
LINDEMANN, PA, Columbia, South Carolina, for Appellee Lott.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Therin Tracell Mincy appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mincy v. Richland Cnty. Det. Ctr., No. 4-12-cv-00741-MGL (D.S.C. Aug. 6, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2